# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES LEE TEXTER,** | : | **CIVIL ACTION NO. 1:04-CV-0173** |
| **Plaintiff** | : | **(CONSOLIDATED)** |
| v. | : | **(Judge Conner)** |
| **TODD MERLINA, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 8th day of August, 2005, upon consideration of plaintiff's "motion to fully informed impartial trial by jury" (Doc. 68), and it appearing that a jury trial has previously been demanded in the above-captioned case (see, e.g., Doc. 66 at 1), see FED. R. CIV. P. 38(b), it is hereby ORDERED that the motion (Doc. 68) is DENIED as moot.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge