# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES LEE TEXTER,** | : | **CIVIL ACTION NO. 1:04-CV-0173** |
| **Plaintiff** | : | **(CONSOLIDATED)** |
| v. | : | **(Judge Conner)** |
| **TODD MERLINA, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 10th day of August, 2005, upon consideration of motion of defendants Jeffery B. Miller and Jonathan Newman for reconsideration (Doc. 64) of the prior order of court declining to dismiss plaitniff's claims against them (Doc. 62), see L.R. 7.10, and it appearing that the motion (Doc. 64) and a supporting brief (Doc. 65) were served on plaintiff and filed with the court on July 8, 2005, but that a brief in opposition to the motion (Doc. 64) has not been filed as of the date of this order, see L.R. 7.6 ("Any party opposing any motion shall file a responsive brief . . . within fifteen (15) days after service of the movant's brief [or] . . . rule shall be deemed not to oppose such motion."), it is hereby ORDERED that plaintiff shall file a brief in opposition to the motion for reconsideration (Doc. 64) on or before August 17, 2005.  Failure to comply with this order will result in the motion for reconsideration (Doc. 64) being granted as unopposed and dismissal of the claims

against defendants Jeffery B. Miller and Jonathan Newman.  <u>See</u> FED. R. CIV. P. 41(b); L.R. 7.6.

                                      <u>S/ Christopher C. Conner</u>
                                      CHRISTOPHER C. CONNER
                                      United States District Judge