IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES LEE TEXTER,** | : | CIVIL ACTION NO. 1:04-CV-0173 |
| | : | |
| Plaintiff | : | **(CONSOLIDATED)** |
| v. | : | |
| | : | (Judge Conner) |
| **TODD MERLINA, et al.,** | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 29th day of February, 2008, upon consideration of the trial exhibits submitted by plaintiff,[1] and it appearing that plaintiff has identified a letter from Dr. James H. Hill as an exhibit (Ex. H),[2] and the court finding that the letter is hearsay, see FED. R. EVID. 801-802, and that no exception to the rule excluding hearsay applies to this letter, see id. 803-804, 807, it is hereby ORDERED that plaintiff is precluded from offering the letter from Dr. James H. Hill (Ex. H) at trial.[3]

      S/ Christopher C. Conner
     CHRISTOPHER C. CONNER
     United States District Judge

---

[1] The order of court dated February 11, 2008 (Doc. 146) directed plaintiff to submit his trial exhibits by February 28, 2008.

[2] The letter from Dr. Hill reads:

> I have been treating Charles L. Texter since 1999 for Posttraumatic Stress Disorder. Mr. Texter is a 100% disabled veteran who lost a leg in combat during his service in Vietnam. In my experience with him, I have found him to be a very idealistic, law-abiding gentleman.
>
> We at the VA Medical Center would appreciate any consideration you can extend to this unfortunate man.

(Ex. H.)

[3] This ruling should not be construed as any indication of the court's view on the admissibility of the other trial exhibits submitted by plaintiff.