IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES LEE TEXTER**, : | CIVIL ACTION NO. 1:04-CV-0173 |
| : | |
| **Plaintiff** : | (CONSOLIDATED) |
| v. : | |
| : | (Judge Conner) |
| **TODD MERLINA, et al.**, : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 29th day of February, 2008, upon consideration of the trial exhibits submitted by plaintiff,[1] and it appearing that plaintiff has identified as exhibits: (1) his United States Marine Corps Oath of Enlistment (Ex. 5),[2] (2) a partial docket sheet from the Court of Common Pleas of Franklin County (Ex. L), (3) a bench warrant (Ex. M), (4) an order from the Supreme Court of Pennsylvania denying plaintiff's petition for leave to file petition for allowance *nunc pro tunc* (Ex. O), (5) the complaint and exhibits plaintiff filed in Civil Action No. 1:04-CV-1011, (6) a bench warrant (Ex. Q), and (7) a document titled "Formal Complaint of My Civil Rights under the Americans with Disabilities Act of 1990" (Ex. R), and the

---

[1] The order of court dated February 11, 2008 (Doc. 146) directed plaintiff to submit his trial exhibits by February 28, 2008.

[2] Plaintiff highlighted the following passage in the oath: "I do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic." (Ex. 5.)

court finding that these exhibits are irrelevant to the remaining claims,[3] see FED. R. EVID. 401-402, it is hereby ORDERED that plaintiff is precluded from offering these exhibits at trial.[4]

                                          S/ Christopher C. Conner
                                          CHRISTOPHER C. CONNER
                                          United States District Judge

---

[3] The only claims remaining in the instant action are excessive force claims against defendants Merlina, Buck, Botchie, and Patrizi and a failure to intervene claim against defendant Tuck.

[4] This ruling should not be construed as any indication of the court's view on the admissibility of the other trial exhibits submitted by plaintiff.